UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

RESOLUTION T COMPANY, LLC, a
Wyoming limited liabilty company

   Plaintiff,

v.              Case No:   2:15-cv-450-FtM-99CM

UNITED STATES OF AMERICA,
JUDITH A. FARRAR, RICHAD G.
FARRAR, ELEVEN HUNDRED
GULF SHORE CLUB, INC.,
UNKNOWN TENANT IN
POSSESSION '35;1 and UNKNOWN
TENANT IN POSSESSION '35;2,

   Defendants.
_____/

## **ORDER**[1]

   This matter comes before the Court on the Counterclaim Plaintiff, the United States of America's Emergency Motion to Freeze Sales Proceeds (Doc. #42) filed on April 11, 2016.  The property located at 1100 Gulf Shore Blvd. N, Unit 302, Naples, Florida (Property) was sold at a tax deed sale by Collier County, Florida on February 3, 2016.  The Property was sold by the County for unpaid property taxes.  At the present time, the county is holding excess sales proceeds in the amount of $186,212.00.

   Collier County paid the IRS $7,411.94 for one tax lien, but there remains another approximately $220,000.00 owed to the IRS.  The remainder of the proceeds from the

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites.  These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites.  Likewise, the Court has no agreements with any of these third parties or their websites.  The Court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

sale of the Property remain in the custody of Collier County, Florida.  There are currently three parties that have a claim on the funds: the United States, Resolution T Company, Inc., and Eleven Hundred Gulf Shore Club, Inc.  The priority and rights to the funds should be resolved by the instant case.

The United States conferred with the Parties with claims to the funds and no one objects to the freeze of the funds being held by Collier County, Florida.

Accordingly, it is now

**ORDERED:**

The United States of America's Emergency Motion to Freeze Sales Proceeds ([Doc. #42](Doc. #42)) is **GRANTED**.  The excess sales proceeds of $186,212 held by the Collier County Clerk in regard to the tax sale of the property located at 1100 Gulf Shore Blvd. N, Unit 302, Identification No. 07131120001, from Tax Deed file 15189 be held until further order of this Court setting forth the Parties' rights to excess sales proceeds.

**DONE** and **ORDERED** in Fort Myers, Florida this 11th day of April, 2016.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record
         Collier County Clerk's Office